UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 22252
   TIMOTHY P KEDZIE
   TERI L KEDZIE                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
            Debtor
   SSN XXX-XX-3536     SSN XXX-XX-1377

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/10/04 and confirmed on 10/13/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  39187.08 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 4069.09 | .00 | 4069.09 |
| CHASE HOME EQUITY | SECURED | 15749.10 | .00 | 15749.10 |
| NATIONAL BANK & TRUST SY | SECURED | 5857.43 | 1311.96 | 5857.43 |
| AMERICAN GENERAL FINANCE | UNSECURED | 714.00 | .00 | 464.95 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | NOTICE ONLY | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 3192.12 | .00 | 2078.69 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 390.60 | .00 | 254.36 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1428.83 | .00 | 930.44 |
| CAPITAL ONE FINANCIAL | UNSECURED | 921.81 | .00 | 600.28 |
| CAPITAL ONE FINANCIAL | UNSECURED | 728.29 | .00 | 474.26 |
| CITIZENS FINANCE CO | UNSECURED | 634.52 | .00 | 413.19 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 1566.50 | .00 | 1020.09 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 400.13 | .00 | 260.56 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTH AMERICAN NAT | UNSECURED | NOT FILED | .00 | .00 |
| BLITT & CAINES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 609.52 | .00 | 396.92 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 337.17 | .00 | 219.56 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 363.07 | .00 | 236.43 |
| MEDICAL COLLECTORS INC | UNSECURED | NOT FILED | .00 | .00 |

```
TRI CITY RADIOLOGY         UNSECURED    NOT FILED          .00          .00
VALLEY EMERGENCY CARE      UNSECURED       246.40          .00       160.45
WATER OPTIONS INC          UNSECURED    NOT FILED          .00          .00
CHASE HOME EQUITY          MORTGAGE ARRE   828.90          .00       828.90
CAPITAL ONE FINANCIAL      UNSECURED       356.00          .00       231.82
```
          Summary of disbursements:
-----------------------------------------------------------------------

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 26504.52  | .00      | 11888.96  | .00   | 38393.48 |
| PRINCIPAL PAID     | 26504.52  | .00      | 7742.00   | .00   | 34246.52 |
| INTEREST PAID      | 1311.96   | .00      | .00       | .00   | 1311.96  |
| TOTAL PAID         | 27816.48  | .00      | 7742.00   | .00   | 35558.48 |

The Debtor's attorney, JEFFREY M KRASNER          , was allowed $   2200.00
and was paid $    106.00  direct and $   2094.00  through the plan.

The Trustee received $   1534.60 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/11/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE  2
        CASE NO. 04 B 22252 TIMOTHY P KEDZIE & TERI L KEDZIE